# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02503-ZLW

ARTHUR J. GRIFFIN, JR.,

Applicant,

v.

KING COUNTY CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF WASHINGTON,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 8 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Defendant's Motion for Summary Judgment, Motion to Reopen Closed Civil Action" filed by Applicant on March 17, 2008, is denied.

Dated: March 18, 2008

Copies of this Minute Order mailed on March 18, 2008, to the following:

Arthur J. Griffin, Jr.
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk