IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-cv-02503-ZLW

ARTHUR J. GRIFFIN, JR.,

    Applicant,

v.

KING COUNTY CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF WASHINGTON,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion Seeking Relief From Judgment Pursuant to Fed. R. Civ. P. 60(b)" filed on March 27, 2008, is denied.

Dated: March 28, 2008

Copies of this Minute Order mailed on March 28, 2008, to the following:

Arthur J. Griffin, Jr.
Reg. No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk